

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00405-CR

MICHAEL HARGRO, Appellant

§   On Appeal from Criminal District Court

§   No. 4

V.

§   of Tarrant County (1843675)

§   September 25, 2025

§   Memorandum Opinion by Justice Walker

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment as to the conviction for the first-degree offense of injury to a disabled individual by omission causing serious bodily injury and remand this case to the trial court to reform the judgment to reflect a conviction for the third-degree offense of injury to a disabled individual by omission causing bodily injury and to conduct a new punishment hearing based on the reformed judgment.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker